UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN DWAYNE BAKER,<br><br>            Plaintiff,<br><br>   v.<br><br>GARY BASS, et al.,<br><br>            Defendant. | CASE NO. 2:22-cv-01478-JHC-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the remaining record, NOW finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The issue of whether Plaintiff may proceed in forma pauperis is stricken as moot.

(4) The Clerk is directed to provide a copy of this Order to Plaintiff.

Dated this 29th day of November, 2022.

*John H. Chun*
John H. Chun
United States District Judge